Tuesday, November 5, 2013

No. 14–0113/AR.   U.S. v. Shawn M.E. Pelletier.   CCA 20100711.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including November 14, 2013, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0151/AR.   U.S. v. Aaron M. Magill.   CCA 20110640.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 25, 2013.

No. 14–0154/AR.   U.S. v. Eduardito Dehoyos–Guash.   CCA 20120894.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 25, 2013.

Wednesday, November 6, 2013

No. 12–0070/AF.   U.S. v. Erica N. Perry.   CCA 37676.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 25, 2013.

No. 14–0116/AR.   U.S. v. Michael B. Ledford.   CCA 20130079.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including November 20, 2013,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*